Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| ERIC & SHONTAVIA ROBINSON, DEBTORS. | § § § § | CASE NO. 20-40708-MXM-13 |

## AFFIDAVIT

| | |
|---|---|
| **STATE OF FLORIDA** | § § |
| **COUNTY OF DUVAL** | § |

BEFORE ME, the undersigned authority, on this day personally appeared Jessela Amos, who being by me duly sworn, on his/her oath stated:

1. "I have knowledge of the facts stated herein set forth based on a review of the business records of TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"). I have care, custody and control of all records concerning the account of Eric & Shontavia Robinson"

2. "I hold the position of Bankruptcy Specialist for TD Bank, N.A., successor in interest to TD Auto Finance LLC."

3. "I have knowledge of account number ending 3033 and records related to a certain retail installment contract (the "Contract") between Eric & Shontavia Robinson and BMW/Mini of Arlington ("Seller")."

4. "Seller assigned its rights and interests in and to the Contract to TD Bank, N.A., successor in interest to TD Auto Finance LLC."

5. "To gain the information necessary to make this affidavit, I have reviewed the account information and file maintained by TD Bank with respect to the customer. Further, by virtue of my position with TD Bank, I am knowledgeable about the methods of document preparation by it. The documents identified as business records in this Affidavit are memorandums, reports, records, or data compilations, of acts, events, conditions, or opinions, made at or near the time, by or from information transmitted by a person with knowledge, and

Page 1

are kept in a course of a regularly conducted business activity of TD Bank, and it was the regular practice of that business activity to make the memorandum, report, record or data compilation."

6. "These records indicate that by virtue of the Contract, and a Certificate of Title, TD Bank is a secured creditor with a lien on a 2015 BMW M4CP, Vehicle Identification Number WBS3R9C5XFK334220 (the "Collateral"). True and correct copies of the Contract and Title are attached hereto and are incorporated herein by reference."

7. "The books and records of TD Bank indicate that the contractual installment payments are $908.17 per month and as of November 14, 2022, the account was contractually due for the February 22, 2022 payment and all payments due since that time. The net contractual balance owed as of November 14, 2022 was $31,892.26. The total contractual arrears as of November 14, 2022 were $8,167.90. Creditor has not received proof of current insurance per the Contract."

8. "According to the Chapter 13 Trustee, the Debtors are $4,517.00 in arrears on their Chapter 13 Plan Payments. TD Bank has not received a payment since September 29, 2022."

**"FURTHER, AFFIANT SAYETH NOT."**

_Jessela Amos_
BANKRUPTCY REPRESENTATIVE FOR TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC

SUBSCRIBED AND SWORN TO BEFORE ME on this the 17th day of November, 2022.

_Ricky Jenkins_
NOTARY PUBLIC IN AND FOR THE STATE OF FLORIDA

My Commission Expires:

3/22/24

Printed Name:

Ricky Jenkins

RICKY JENKINS
Notary Public - State of Florida
Commission # GG 972058
My Comm. Expires Mar 22, 2024

Page 2